JOHNSON, Appellant, v. FOSTER et al., Respondents. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by George F. Johnson against James P. Foster and others. P. P. Safford, for appellant.

E. Schenck, for respondents. No opinion. Order modified, by increasing the amount of the bond to $2,000, and, as modified, affirmed, with $10 costs and disbursements to the appellant.